IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DWIGHT R. BAKER                                                         PLAINTIFF

vs.                        Civil No. 3:07-cv-03041

MICHAEL J. ASTRUE                                      DEFENDANT
Commissioner, Social Security Administration

## ORDER

      Before the Court is the Report and Recommendation filed on June 19, 2009 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. No. 13). Judge Bryant recommends that Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act ("EAJA") be **GRANTED**. Defendant has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1).

      Accordingly, this Court finds that counsel is entitled to compensation under the EAJA for 7.75 hours for attorney fees at the rate of $155.00 per hour, 5.05 hours of paralegal work at the rate of $75.00 in addition to $47.03 in costs for a total attorney fee award of $1,627.03. This amount should be paid in addition to, and not out of, any past due benefits which Plaintiff may be awarded in the future.

      The parties are reminded that the award herein under the EAJA will be taken into account at such time as a reasonable fee is determined pursuant to 42 U.S.C. § 406 in order to prevent double recovery by counsel for Plaintiff.

      **IT IS SO ORDERED, this 15th day of July, 2009.**

                                                                    /s/Jimm Larry Hendren
                                                                    HON. JIMM LARRY HENDREN
                                                                    UNITED STATES DISTRICT JUDGE